CHRISTOPHER CHIOU
Acting United States Attorney

GREG ADDINGTON
Nevada State Bar No. 6875
Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, Nevada  89501
(775) 784-5438
Greg.Addington@usdoj.gov
Counsel for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA MARTINEZ-VILLA,<br><br>         Plaintiff,<br><br>    v.<br><br>JACKY ZHOU; and<br>UNITED STATES OF AMERICA ex rel.<br>Department of Homeland Security,<br><br>         Defendants. | 2:21-cv-1013-JAD-EJY<br><br>**Order Granting Stipulation to Dismiss Claims Against Jacky Zhou and Denying as Moot Zhou's Motion to Dismiss**<br><br>[ECF Nos. 13, 14] |

     Plaintiff Maria Martinez-Villa and defendant Jacky Zhou, through their respective counsel, hereby stipulate and agree that defendant Jacky Zhou is not a proper party to this action seeking recovery of damages under the Federal Tort Claims Act and, accordingly, the claims alleged against defendant Jacky Zhou <u>only</u> shall be dismissed without prejudice pursuant to Rule 41(a)(2), Fed.R.Civ.P., with each such party to bear their own costs and expenses of litigation, including attorneys' fees.

The FTCA claims alleged against defendant United States of America are unaffected by this stipulation for dismissal.

| _/s/ Jamie Corcoran_ | _/s/ Greg Addington_ |
|---|---|
| JAMIE CORCORAN ESQ. | GREG ADDINGTON |
| Counsel for Plaintiff | Assistant United States Attorney |
| | Counsel for defendant Jacky Zhou |

### Order

Based on the stipulation between plaintiff Maria Martinez-Villa and defendant Jacky Zhou and good cause appearing, IT IS HEREBY ORDERED that the parties' stipulation **[ECF No. 14]**, which I construe as a joint motion because it is signed by fewer than all parties, **is GRANTED.** Martinez-Villa's claims against Zhou are **DISMISSED without prejudice** and with each party to bear its own fees and and costs.

IT IS FURTHER ORDERED that Zhou's motion to dismiss **[ECF No. 13] is DENIED as moot.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 16, 2021